

LIBERTY MUTUAL FIRE INSUR-
ANCE COMPANY, Plaintiff-coun-
ter-defendant—Appellant,

v.

NORDIC GROUP OF COMPANIES
LTD.; Snow Valley LLC; Flambeau
Corporation, Defendants-counter-
claimants—Appellees.

Liberty Mutual Fire Insurance
Company, Plaintiff-counter-
defendant—Appellee,

v.

Nordic Group of Companies Ltd.; Snow
Valley LLC; Flambeau Corporation,
Defendants-counter-claimants—Ap-
pellants.

Nos. 04–56211, 04–56282.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 7, 2006.

Decided Feb. 15, 2006.

John C. Holmes, Esq., Michael A.S.
Newman, Barger & Wolen LLP, Los An-
geles, CA, for Plaintiff–counter–defen-
dant–Appellant.

Joseph Ronald Ignatuk, Esq., Ronald S.
Hodges, Esq., Evan W. Granowitz, Esq.,
Marshack, Shulman, Hodges & Bastian
LLP, Foothill Ranch, CA, Gerard W.
Cook, Esq., O'Halloran Kossoff Geitner &
Cook, PC, Northbrook, IL, for Defen-
dants–counter–claimants–Appellees.

Before: PREGERSON, W.
FLETCHER, and BYBEE, Circuit
Judges.

MEMORANDUM *

The judgment of the district court is
AFFIRMED.

Lita E. PEZANT, an individual,
Plaintiff—Appellant,

v.

Adolphus OKEKE, an individual; Brian
Turnbull, an individual; Douglas
Payne, an individual; Thomas Laurin,
an individual; County of San Bernar-
dino, a political subdivision of the
State of California, Defendants—Ap-
pellees.

Lita E. Pezant, Plaintiff—Appellant,

v.

Adolphus Okeke; Brian Turnbull;
Douglas Payne; Thomas Laurin;
County of San Bernardino, a political
subdivision of the State of California,
Defendants—Appellees.

Nos. 04–55441, 05–55681.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 9, 2006.*

Decided Feb. 15, 2006.

Moises A. Aviles, Esq., Aviles & Associ-
ates, San Bernardino, CA, for Plaintiff–
Appellant.

---

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts
of this circuit except as provided by 9th Cir.
R. 36–3.

* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).